IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE LAND,** <br>           **Plaintiff,** <br><br> v. <br><br> **POLICE OFFICER SHAUN KOZAK,** <br> **BADGE NUMBER 180, Individually and as** <br> **a police officer for the Plymouth Township** <br> **Police Department,** <br> **POLICE OFFICER DAVID ZINNI,** <br> **BADBE NUMBER 159, Individually and as** <br> **a police officer for the Plymouth Township** <br> **Police Department,** <br> **POLICE OFFICER JOSEPH DIDONATO,** <br> **BADGE NUMBER 145, Individually and as** <br> **a police officer for the Plymouth Township** <br> **Police Department,** <br> **POLICE OFFICER MARK RANSOM,** <br> **BADGE NUMBER 183, Individually and as** <br> **a police officer for the Plymouth Township** <br> **Police Department ,** <br>           **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 17-758** |

## O R D E R

**AND NOW**, this 1st day of February, 2018, upon consideration of Motion to Withdraw as Counsel (Document No. 16, filed January 5, 2018), following a telephone status conference with the parties, through counsel, on February 1, 2018, and plaintiff's counsel having reported that on November 29, 2017, plaintiff was convicted in the Court of Common Pleas of Montgomery County of resisting arrest, simple assault, and possession of a controlled substance, and that sentencing is scheduled for February 27, 2018, and this Court noting that, in this instant civil action, plaintiff is asserting claims of excessive use of force, false arrest, false imprisonment, and malicious prosecution arising out of the same conduct that resulted in the conviction, **IT IS ORDERED** as follows:

      1.      By agreement, plaintiff's attorney, who also represents plaintiff in the criminal action, shall endeavor to obtain plaintiff's written consent to dismiss this civil action with

prejudice and report to the Court with respect to such dismissal on or before March 6, 2018. In the event plaintiff agrees to the dismissal in writing, the Court will dismiss the action with prejudice under Local Civil Rule 41.1(b). In the event plaintiff does not agree to such dismissal, the Court will convene a second telephone status conference to determine what further action should be taken with respect to the pending Motion to Withdraw as Counsel and further proceedings in the case.

                                                        **BY THE COURT:**

                                                      /s/ Jan E. DuBois
                                                      DuBOIS, JAN E., J.