# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE LAND,** *Plaintiff,* v. **KOZAK et al,** *Defendants.* | **CIVIL ACTION** **NO. 17-0758** |

## ORDER

**AND NOW**, this 26th day of March 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24) and Plaintiff's Response (ECF No. 27), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 24) is **GRANTED**. Accordingly, the Clerk is directed to close this matter.

BY THE COURT:

CHAD F. KENNEY, J.